# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

CASE NO.:  23-17446-BKC-CAP
PROCEEDING UNDER CHAPTER 13

IN RE:

DAWN FRANCIS
XXX-XX-4158

DEBTOR_____/

### TRUSTEE'S MOTION TO COMPEL PROPER ADDRESS
### AND CERTIFICATE OF SERVICE OF COURT GENERATED NOTICE OF HEARING

Robin R. Weiner, Chapter 13 Trustee in the above-referenced bankruptcy case ("Trustee"), and files her Motion To Compel Proper Address and Certificate of Service of Court Generated Notice of Hearing.

The Trustee respectfully moves this Court for an Order Compelling Debtor to provide proper Address for Creditor and states as follows:

1. The Debtor filed a voluntary petition on **September 18, 2023**.

2. The Debtor's scheduled Creditor's Address or Proof of Claim (# 9) is **SUNRISE TOWNE PREFERRED CONDOMINIUM INC., C/O PABLO ARRIOLA/AR LAW GROUP PLLC, 17501 BISCAYNE BLVD, STE 420, AVENTURA, FL  33160**.

3. The Debtor included Payments to Creditor in the Confirmed Chapter 13 Plan.

4. The Trustee disbursed payments to Creditor pursuant to the Confirmed Chapter 13 Plan, which was returned to the Trustee.

5. Immediately thereafter, the Trustee requested, by letter, Debtor's Attorney provide a proper address for Creditor.

6. To date, Debtor's Attorney failed to respond to and comply with the Trustee's request for proper address.

**WHEREFORE** the Trustee respectfully requests this Honorable Court enter an Order Compelling Debtor to provide proper Address for Creditor by a date certain, and for such other and further relief as the Court deems just and proper.

TRUSTEE'S MOTION TO COMPEL PROPER ADDRESS
CASE NO.:  23-17446-BKC-CAP

    **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this   Trustee's Motion To Compel Proper Address and Certificate of Service of Court Generated Notice of Hearing was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this 27th day of July, 2026.

*/s/ Robin R. Weiner*
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

**SERVICE LIST**

**COPIES FURNISHED TO:**

**DEBTOR**
DAWN FRANCIS
2693 NW 60 WAY
SUNRISE, FL  33313

**ATTORNEY FOR DEBTOR**
ELIAS LEONARD DSOUZA, ESQUIRE
950 S PINE ISLAND ROAD
SUITE A-150
PLANTATION, FL  33324-2632

**CREDITOR**
SUNRISE TOWNE PREFERRED CONDOMINIUM INC.
C/O PABLO ARRIOLA/AR LAW GROUP PLLC
17501 BISCAYNE BLVD, STE 420
AVENTURA, FL  33160