## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

**CASE NO.:  23-17446-BKC-CAP**
PROCEEDING UNDER CHAPTER 13

IN RE:

DAWN FRANCIS
XXX-XX-4158

DEBTOR_____/

### CERTIFICATE OF SERVICE ON NOTICE OF HEARING

    **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of the Notice Of Hearing noted above was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this 27th day of July, 2026.

*/s/ Robin R. Weiner*_____
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

## SERVICE LIST

**COPIES FURNISHED TO:**

**DEBTOR**
DAWN FRANCIS
2693 NW 60 WAY
SUNRISE, FL  33313

**ATTORNEY FOR DEBTOR**
ELIAS LEONARD DSOUZA, ESQUIRE
950 S PINE ISLAND ROAD
SUITE A-150
PLANTATION, FL  33324-2632

**CREDITOR(S)**

SUNRISE TOWNE PREFERRED CONDOMINIUM INC.
C/O PABLO ARRIOLA/AR LAW GROUP PLLC
17501 BISCAYNE BLVD, STE 420
AVENTURA, FL  33160