**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:

DAWN FRANCIS

Case No. 23-17446-CAP
Chapter 13

Debtor.
______________________________________/

**ORDER GRANTING STIPULATION FOR SUBSTITUTION OF COUNSEL**

THIS MATTER came before the Court for consideration upon Debtor's Stipulation for Substitution Counsel (DE # 44, the "Stipulation"). Pursuant to Local Rule 9013-2(c), the Court may consider this application without a hearing where all affected parties have consented to the requested relief. The Debtor and prior counsel having consented to the relief requested in the Stipulation, the Court does hereby:

**ORDER AND ADJUDGE** that:

1. The Stipulation for Substitution of Counsel [DE # 44] is **GRANTED**.

2. Johnson Angel D'Souza, Esq. is substituted for Elias Leonard Dsouza, Esq. and Kenneth Edward Walton, Esq. as counsel of record for the Debtor.

3. Elias Leonard Dsouza, Esq., Kenneth Edward Walton, Esq., and Dsouza & Walton Law Group are relieved from all further obligations in this case.

4. Parties should serve all future correspondence or pleadings on Johnson Angel D'Souza, Esq. at this address: 5214 SW 91st Ave, Suite # 4, Cooper City, Florida, 33328 and at this email address: johnsondsouzalaw@gmail.com.

###

Submitted By:

**JOHNSON ANGEL D'SOUZA**
Florida Bar No. 1049214
5214 SW 91st Ave, Suite # 4,
Cooper City, Florida 33328
(786) 479-8575 (Telephone)
Email: johnsondsouzalaw@gmail.com

(Attorney D'Souza is directed to serve a copy of this Order on all interested parties immediately upon receipt and file a Certificate of Service with the Court.)