**Fill in this information to identify the case:**

**United States Bankruptcy Court for the Southern District of Florida**

**Case Number:** 23-17746-CAP

**Debtor 1:** DAWN FRANCIS

**Debtor 2** ____________________
**(Spouse, only in a joint case)**

**Notice of Party Address Change:** ☑ Creditor ☐ Debtor ☐ Other Party in Interest
**(if for creditor) Claim Number:** 9-1

This form may only be used for a creditor, debtor, or other party in interest to change its own address of record in this case. If for a creditor, the creditor must indicate the creditor's claim number on the line above. This form may **not** be used by an attorney to substitute as counsel or to change a law firm address. This form may **not** be used to transfer a claim or to substitute a servicing agent. *See* Fed. R. Bankr. P 3001(e).

Pursuant to Local Rule 2002-1(f), Debtor gives notice that all correspondence, notices, and presently held or future payments in this bankruptcy case for Creditor, Sunrise Towne Preferred Condominium, Inc. should be sent to the following address:

☐ **CHANGE IN NOTICE ADDRESS** (This address will be used to send correspondence and notices)

| Old Notice Address | New Notice Address |
|---|---|
| | |

☑ **CHANGE IN PAYMENT ADDRESS** (This address will be used to send payments)

| Old Payment Address | New Payment Address |
|---|---|
| Sunrise Towne Preferred Condominium Inc.<br>c/o Pablo Arriola/AR Law Group PLLC<br>17501 Biscayne Blvd, Ste 420<br>Aventura, FL 33160 | Sunrise Towne Preferred Condominium, Inc.<br>Maintenance Assessments<br>PO Box 189115<br>Plantation, FL 33318-9115 |

I declare under penalty of perjury that I am the debtor, creditor, or other party in interest listed above, or that I am an authorized agent for the debtor, creditor, or other party in interest (if an authorized agent, attach copy of a power of attorney or other statement of authority).

Sign: /s/ Johnson Angel D'Souza, Esq. Print: Johnson Angel D'Souza, Esq., Attorney for Debtor

Date: August 31, 2026

Contact Phone/Email: 789-479-8575/johnsondsouzalaw@gmail.com